# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

---

Charles Joseph  
D. Maimon Kirschenbaum  
Denise A. Schulman  
Josef Nussbaum  
Lucas C. Buzzard

32 Broadway, Suite 601  
New York, NY 10004  
Phone (212) 688-5640  
Fax (212) 688-2548  
www.JK-LLP.com

---

May 14, 2019

**VIA ECF**

Hon. George B. Daniels  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

      Re:    **Guanan v. 68th Street Café Inc.**  
                **No. 19 CV 1426**  
                **Request for rescheduled initial conference**

Dear Judge Daniels:

      We represent the Plaintiffs in the above-referenced action. I write on behalf of all parties to apologize for missing this morning's conference and to request that the conference be rescheduled for June 24, 25, or 26, 2019. Counsel for all parties mistakenly believed that today's conference was adjourned in light of the April 1, 2019 mediation order. We apologize for this misunderstanding and for any inconvenience that our absence today caused the Court. The mediation is scheduled for June 17, 2019, and we respectfully request that the initial conference be rescheduled for a date after the mediation. All parties are available to attend a conference on June 24, 25, or 26, 2019. We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                      Denise A. Schulman

cc: All Counsel (via ECF)