**JOSEPH & KIRSCHENBAUM LLP**

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise A. Schulman
Josef Nussbaum
Lucas C. Buzzard

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.JK-LLP.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 4 2019

September 23, 2019

**VIA ECF**

Hon. George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: SEP 2 4 2019

      **Re:** **Guanan v. 68th Street Café Inc.**
           **No. 19 CV 1426**
           **Withdrawal of objections to August 15, 2019 Order**

Dear Judge Daniels:

    We represent the Plaintiffs in the above-referenced action. On August 27, 2019, we filed objections to Magistrate Judge Aaron's August 15, 2019 Order denying Plaintiffs' motion for conditional collective certification. I write now to withdraw our objections, as in light of the recent closure of Defendants' restaurant, we currently intend to pursue the claims in this action on behalf of the named Plaintiffs only. We thank the Court for its attention to this matter.

Respectfully submitted,

Denise A. Schulman