Exhibit 2 - Plaintiffs' counsel's time records

| Date | Atty | Time | Rate | Total | Notes |
|---|---|---|---|---|---|
| 12/20/2018 | DMK | 1.40 | $450.00 | $630.00 | Intake meeting |
| 12/27/2018 | CLE | 0.50 | $125.00 | $62.50 | Spoke to Marlon Nieto re retainer |
| 12/27/2018 | CLE | 0.20 | $125.00 | $25.00 | Send Marlon Nieto retainer |
| 12/27/2018 | DMK | 0.30 | $450.00 | $135.00 | Discuss draft complaint with LMS |
| 12/27/2018 | LMS | 2.00 | $350.00 | $700.00 | Review case file, review DMK attorney notes in preparation for drafting complaint, determine each client's work schedule and approximate overtime, research history of the restaurant (previous d/b/a and date it reopened with new d/b/a), research NYC minimum wage history during previous 6 years, draft complaint. |
| 12/30/2018 | DMK | 0.10 | $450.00 | $45.00 | Email group |
| 1/2/2019 | DMK | 0.80 | $450.00 | $360.00 | Communications with defense counsel, discuss w LCB |
| 1/3/2019 | DMK | 0.40 | $450.00 | $180.00 | Call w Defense |
| 1/8/2019 | DMK | 0.20 | $450.00 | $90.00 | Email LMS re: damages calculations |
| 1/8/2019 | DMK | 0.30 | $450.00 | $135.00 | Call w LMS |
| 1/8/2019 | LMS | 2.50 | $350.00 | $875.00 | Draft damages calculations for each client, review case file in order to determine damages. |
| 1/9/2019 | DMK | 0.60 | $450.00 | $270.00 | Prepare damages calculations, send to defense |
| 1/9/2019 | LMS | 1.60 | $350.00 | $560.00 | Revise damages calculation for clients, call with DMK regarding damages calculations. |
| 1/15/2019 | DMK | 0.50 | $450.00 | $225.00 | Call w defense, whatsapp to clients |
| 1/17/2019 | DMK | 0.40 | $450.00 | $180.00 | Review data w LMS |
| 1/21/2019 | LMS | 3.50 | $350.00 | $1,225.00 | Review discovery production from Defendants, including paystubs, time records, work schedules. Draft summary of findings; correspond with DMK. |
| 1/23/2019 | DMK | 0.20 | $450.00 | $90.00 | Review LMS' synopsis of data |
| 1/24/2019 | DMK | 0.40 | $450.00 | $180.00 | Work w LMS on the data |
| 2/1/2019 | DMK | 0.80 | $450.00 | $360.00 | Prepare response to defense counsel Gail Weiner re: new information |
| 2/4/2019 | DMK | 0.20 | $450.00 | $90.00 | Email Gail re: settlement counteroffer |
| 2/5/2019 | DMK | 0.30 | $450.00 | $135.00 | Email Gail re: settlement counteroffer |
| 2/14/2019 | CT | 0.60 | $125.00 | $75.00 | E-filed Complaint with SDNY |
| 2/19/2019 | DMK | 0.20 | $450.00 | $90.00 | Email Gail re: accepting service |
| 2/20/2019 | LMS | 0.30 | $350.00 | $105.00 | Draft stipulation. |
| 3/5/2019 | DMK | 0.10 | $450.00 | $45.00 | Call w Gail |
| 3/27/2019 | CT | 0.30 | $125.00 | $37.50 | E-filed Stipulation (signed by both attnys) at SDNY |
| 4/1/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss case with DMK |
| 4/1/2019 | DAS | 0.30 | $400.00 | $120.00 | File notice of appearance/review file |
| 4/1/2019 | DMK | 0.20 | $450.00 | $90.00 | Call w defense |
| 4/1/2019 | DMK | 0.30 | $450.00 | $135.13 | Bring DAS up to speed on the case |
| 4/2/2019 | DAS | 0.10 | $400.00 | $40.00 | Review correspondence |
| 4/3/2019 | DMK | 0.10 | $450.00 | $45.00 | Meet with DAS re: revising damages calculation |
| 4/4/2019 | DAS | 0.10 | $400.00 | $40.00 | Review case documents |
| 4/4/2019 | DAS | 0.10 | $400.00 | $40.00 | Client call |

Exhibit 2 - Plaintiffs' counsel's time records

| Date | Atty | Time | Rate | Total | Notes |
|---|---|---|---|---|---|
| 4/9/2019 | DAS | 0.30 | $400.00 | $120.00 | Client calls |
| 4/9/2019 | OT | 0.20 | $125.00 | $25.00 | Spoke to client, asked for pay stubs & schedules |
| 4/11/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: contacting clients |
| 4/11/2019 | DAS | 0.20 | $400.00 | $80.00 | Client call (Moises) re: documents |
| 4/11/2019 | OT | 0.30 | $125.00 | $37.50 | Followed up with clients, asked them to bring in pay stubs and schedules. Interpreted a call for DAS |
| 4/14/2019 | DAS | 0.10 | $400.00 | $40.00 | Review documents/e-mail OT re: scanning documetns |
| 4/14/2019 | DAS | 0.30 | $400.00 | $120.00 | Review file and damage calculation |
| 4/15/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: client documents |
| 4/15/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss case status with OT |
| 4/15/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss client documents with OT |
| 4/15/2019 | OT | 0.20 | $125.00 | $25.00 | Scanned client documents to the case file |
| 4/17/2019 | DAS | 0.10 | $400.00 | $40.00 | Review file/damages |
| 4/17/2019 | DAS | 0.20 | $400.00 | $80.00 | Discuss damages with DMK |
| 4/18/2019 | DMK | 0.10 | $450.00 | $45.00 | Call w Gail, email group |
| 4/22/2019 | DAS | 0.10 | $400.00 | $40.00 | Review documents |
| 4/22/2019 | DAS | 1.10 | $400.00 | $440.00 | Updated damage calculation |
| 4/22/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail DMK re: class discovery |
| 4/23/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: contacting client |
| 4/23/2019 | DAS | 0.10 | $400.00 | $40.00 | Review correspondence from medaitor |
| 4/23/2019 | DAS | 0.40 | $400.00 | $160.00 | Client call (Luis)/update damage calculation/e-mail defense re: mediation |
| 4/23/2019 | DAS | 0.20 | $400.00 | $80.00 | Review damage calculation/e-mail mediator |
| 4/23/2019 | DAS | 0.10 | $400.00 | $40.00 | Review documents for production/e-mail OT re: Bates stamping |
| 4/23/2019 | OT | 0.30 | $125.00 | $37.50 | Translated during a client call for DAS |
| 4/24/2019 | DAS | 0.10 | $400.00 | $40.00 | Review document production |
| 4/24/2019 | DAS | 0.20 | $400.00 | $80.00 | Update damage calculation |
| 4/24/2019 | OT | 0.20 | $125.00 | $25.00 | Bates stamped documents for DAS |
| 4/25/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: contacting client |
| 4/25/2019 | DAS | 0.20 | $400.00 | $80.00 | Client call (Moises) re: Dorain's duties |
| 4/25/2019 | OT | 0.30 | $125.00 | $37.50 | Translated during a client call for DAS |
| 4/29/2019 | DAS | 0.40 | $400.00 | $160.00 | Update damage calculation |
| 4/29/2019 | DAS | 0.20 | $400.00 | $80.00 | Call with mediator/look into conference call dial in |
| 4/29/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail mediators/defense re: conference call |
| 4/29/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: mediation production |
| 4/29/2019 | DAS | 0.50 | $400.00 | $200.00 | Call with mediators |
| 4/29/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: scheduling mediation |
| 4/29/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: document production and damage calculation |
| 4/30/2019 | DAS | 0.10 | $400.00 | $40.00 | Call with defense re: document production |
| 4/30/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: contacting clients |
| 4/30/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail mediator |

**Exhibit 2 - Plaintiffs' counsel's time records**

| Date | Atty | Time | Rate | Total | Notes |
|---|---|---|---|---|---|
| 4/30/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss scheduling with OT |
| 4/30/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss scheduling with DMK |
| 4/30/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: contacting client |
| 5/1/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss scheduling with OT |
| 5/1/2019 | DMK | 0.10 | $450.00 | $45.00 | Discuss mediation demand w DAS |
| 5/2/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense/mediators re: scheduling |
| 5/6/2019 | DAS | 0.20 | $400.00 | $80.00 | E-mail Osbert re: scheduling |
| 5/6/2019 | OT | 0.50 | $125.00 | $62.50 | Called Spanish speaking clients to confirm availability, translated for DAS |
| 5/7/2019 | DAS | 0.20 | $400.00 | $80.00 | E-mail Osbert re: scheduling |
| 5/7/2019 | DAS | 0.10 | $400.00 | $40.00 | Talk with Maimon and Osbert re: scheduling |
| 5/7/2019 | DAS | 0.30 | $400.00 | $120.00 | Client call (Luis) re: scheduling/e-mail defense and mediators re: same |
| 5/9/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail Osbert re: scheduling |
| 5/9/2019 | OT | 0.30 | $125.00 | $37.50 | Called clients to notify them about a mediation, also scheduled a time for them to meet with DAS |
| 5/10/2019 | DAS | 0.10 | $400.00 | $40.00 | Review electronic device form |
| 5/14/2019 | DAS | 0.10 | $400.00 | $40.00 | Check docket |
| 5/14/2019 | DAS | 0.20 | $400.00 | $80.00 | Calls with Court/defense |
| 5/14/2019 | DAS | 0.20 | $400.00 | $80.00 | Draft letter to Court |
| 5/14/2019 | DAS | 0.40 | $400.00 | $160.00 | Draft letter to Court/e-mail defense re: same/file letter |
| 5/14/2019 | DAS | 0.30 | $400.00 | $120.00 | Review documents and damages |
| 5/15/2019 | DAS | 0.40 | $400.00 | $160.00 | Draft mediation statement |
| 5/16/2019 | DAS | 0.30 | $400.00 | $120.00 | Draft mediation statement |
| 5/17/2019 | DAS | 0.80 | $400.00 | $320.00 | Draft mediation statement |
| 5/20/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: scheduling |
| 5/21/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: discovery |
| 5/22/2019 | DAS | 0.10 | $400.00 | $40.00 | Vm for defense |
| 5/22/2019 | DAS | 0.20 | $400.00 | $80.00 | Draft mediation statement |
| 5/23/2019 | DAS | 0.10 | $400.00 | $40.00 | Call with defense |
| 5/30/2019 | DAS | 0.10 | $400.00 | $40.00 | Call with defense |
| 5/30/2019 | DAS | 1.70 | $400.00 | $680.00 | Review documents for damage calculation |
| 5/31/2019 | DAS | 2.20 | $400.00 | $880.00 | Review documents for damage calculation |
| 5/31/2019 | DAS | 0.30 | $400.00 | $120.00 | Updated damage calculation |
| 5/31/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss meeting with OT |
| 5/31/2019 | DAS | 0.20 | $400.00 | $80.00 | Review damages/prepare for client meeting |
| 5/31/2019 | OT | 0.20 | $125.00 | $25.00 | Called clients to remind them of a meeting with DAS on 6/3/2019 |
| 6/3/2019 | DAS | 0.60 | $400.00 | $240.00 | Prepare for client meeting |
| 6/3/2019 | DAS | 0.60 | $400.00 | $240.00 | Client meeting |
| 6/3/2019 | DAS | 0.50 | $400.00 | $200.00 | Edit mediation statement |
| 6/3/2019 | DAS | 0.50 | $400.00 | $200.00 | Update damage calculation |
| 6/3/2019 | DAS | 0.10 | $400.00 | $40.00 | Edit mediation statement |

**Exhibit 2 - Plaintiffs' counsel's time records**

| Date | Atty | Time | Rate | Total | Notes |
|---|---|---|---|---|---|
| 6/3/2019 | DAS | 0.30 | $400.00 | $120.00 | Discuss mediation with DMK |
| 6/3/2019 | DMK | 0.20 | $450.00 | $90.00 | Review damages calculation |
| 6/3/2019 | OT | 0.90 | $125.00 | $112.50 | Translated during a client meeting for DAS |
| 6/4/2019 | DAS | 1.30 | $400.00 | $520.00 | Edit mediation statement |
| 6/6/2019 | DAS | 0.40 | $400.00 | $160.00 | Finalize mediation statement/submit same to mediators |
| 6/6/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: updated damage calculation |
| 6/6/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: damages |
| 6/11/2019 | DAS | 0.10 | $400.00 | $40.00 | Review damages |
| 6/12/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail Maimon re: mediation |
| 6/12/2019 | DAS | 0.20 | $400.00 | $80.00 | Prepare for call with mediators |
| 6/13/2019 | DAS | 0.10 | $400.00 | $40.00 | Review damages |
| 6/13/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail mediator |
| 6/13/2019 | DAS | 0.40 | $400.00 | $160.00 | Call with mediators/discuss mediation with Maimon |
| 6/14/2019 | DAS | 0.50 | $400.00 | $200.00 | Prepare for mediation |
| 6/14/2019 | OT | 0.20 | $125.00 | $25.00 | Called clients to remind them about mediation on 6/17/19 |
| 6/17/2019 | DAS | 3.00 | $400.00 | $1,200.00 | Mediation |
| 6/17/2019 | DAS | 1.80 | $400.00 | $720.00 | Client meetings re: 216(b) declarations |
| 6/17/2019 | DAS | 0.30 | $400.00 | $120.00 | Draft CMP/e-mail defense re: same |
| 6/17/2019 | DAS | 0.90 | $400.00 | $360.00 | Draft discovery requests |
| 6/17/2019 | DMK | 3.00 | $450.00 | $1,350.00 | Mediation |
| 6/17/2019 | OT | 3.00 | $125.00 | $375.00 | Translated at a mediation for DAS |
| 6/18/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: letter to court |
| 6/18/2019 | DAS | 0.10 | $400.00 | $40.00 | Finalize/file CMP |
| 6/18/2019 | DAS | 0.70 | $400.00 | $280.00 | Draft discovery requests |
| 6/19/2019 | DAS | 0.50 | $400.00 | $200.00 | Draft discovery requests |
| 6/19/2019 | DAS | 1.30 | $400.00 | $520.00 | Draft 216(b) motion |
| 6/19/2019 | DAS | 0.10 | $400.00 | $40.00 | Review damages |
| 6/19/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: discovery |
| 6/19/2019 | OT | 0.20 | $125.00 | $25.00 | Sent documents to opposing counsel via priority mail |
| 6/20/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss 216(b) with Maimon |
| 6/20/2019 | DAS | 1.30 | $400.00 | $520.00 | Draft 216(b) motion |
| 6/21/2019 | DAS | 0.20 | $400.00 | $80.00 | Client call (Luis) |
| 6/21/2019 | DAS | 0.10 | $400.00 | $40.00 | Edit 216(b) brief |
| 6/21/2019 | OT | 0.20 | $125.00 | $25.00 | Translated during a call for DAS |
| 6/24/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss client meeting with OT |
| 6/24/2019 | DAS | 0.10 | $400.00 | $40.00 | Client call (Marlon) |
| 6/24/2019 | DAS | 0.10 | $400.00 | $40.00 | Edit 216(b) motion |
| 6/24/2019 | DAS | 0.10 | $400.00 | $40.00 | Client meeting |
| 6/24/2019 | DAS | 0.40 | $400.00 | $160.00 | Prepare for court conference |
| 6/24/2019 | OT | 0.40 | $125.00 | $50.00 | Translated a call/meeting for DAS |

Exhibit 2 - Plaintiffs' counsel's time records

| Date | Atty | Time | Rate | Total | Notes |
|---|---|---|---|---|---|
| 6/25/2019 | DAS | 0.10 | $400.00 | $40.00 | Court conference |
| 6/26/2019 | DAS | 0.10 | $400.00 | $40.00 | Edit declaration |
| 6/26/2019 | DAS | 0.20 | $400.00 | $80.00 | Client meeting (Marlon) re: declaration |
| 7/1/2019 | DAS | 0.10 | $400.00 | $40.00 | Edit 216(b) motion |
| 7/1/2019 | DAS | 0.20 | $400.00 | $80.00 | Calls with potential opt-ins |
| 7/2/2019 | DAS | 0.80 | $400.00 | $320.00 | Edit 216(b) motion |
| 7/7/2019 | DAS | 0.10 | $400.00 | $40.00 | Edit 216(b) motion |
| 7/8/2019 | DAS | 0.80 | $400.00 | $320.00 | Edit 216(b) motion |
| 7/8/2019 | DAS | 0.20 | $400.00 | $80.00 | Prepare 216(b) exhiibts |
| 7/9/2019 | DAS | 0.50 | $400.00 | $200.00 | Finalize/file 216(b) motion |
| 7/9/2019 | DAS | 0.10 | $400.00 | $40.00 | Draft cover letter to court |
| 7/10/2019 | DAS | 0.10 | $400.00 | $40.00 | Review courtesy copies |
| 7/10/2019 | OT | 0.50 | $125.00 | $62.50 | Prepared courtesy copies for DAS, mailed to the Judge |
| 7/15/2019 | DAS | 0.10 | $400.00 | $40.00 | Call with defense re: briefing schedule and discovery |
| 7/15/2019 | DAS | 0.30 | $400.00 | $120.00 | Draft and file letter to court re: briefing schedule |
| 7/17/2019 | DAS | 0.20 | $400.00 | $80.00 | E-mail OT re: calling potential opt-in |
| 7/25/2019 | DAS | 0.20 | $400.00 | $80.00 | Review file |
| 7/25/2019 | DAS | 0.10 | $400.00 | $40.00 | Review discovery requests/document production |
| 7/25/2019 | OT | 0.60 | $125.00 | $75.00 | Scanned, named and filed defense production |
| 7/26/2019 | DAS | 1.50 | $400.00 | $600.00 | Review defendants' document production |
| 7/28/2019 | DAS | 0.20 | $400.00 | $80.00 | Review defendants' discovery requests |
| 7/29/2019 | DAS | 0.70 | $400.00 | $280.00 | Prepare discovery resposnes |
| 7/29/2019 | DAS | 1.00 | $400.00 | $400.00 | Review defendants' discovery requests |
| 7/29/2019 | DAS | 0.70 | $400.00 | $280.00 | Draft deficiency letter |
| 7/29/2019 | OT | 0.40 | $125.00 | $50.00 | Contacted clients, scheduled meetings with DAS to review W-2 forms |
| 7/30/2019 | DAS | 1.70 | $400.00 | $680.00 | Draft deficiency letter/review 216(b) opposition |
| 7/30/2019 | DAS | 0.20 | $400.00 | $80.00 | Review 216(b) opposition |
| 7/31/2019 | DAS | 0.60 | $400.00 | $240.00 | Draft 216(b) reply |
| 7/31/2019 | DAS | 0.40 | $400.00 | $160.00 | Draft discovery responses |
| 7/31/2019 | DAS | 0.10 | $400.00 | $40.00 | Review documents |
| 7/31/2019 | DAS | 0.70 | $400.00 | $280.00 | Draft 216(b) reply |
| 8/1/2019 | CT | 0.40 | $125.00 | $50.00 | Sent discovery requests to Defense / visited post office for Priority Mail delivery |
| 8/1/2019 | DAS | 1.00 | $400.00 | $400.00 | Draft discovery responses/216(b) reply |
| 8/1/2019 | DAS | 0.40 | $400.00 | $160.00 | Draft 216(b) reply |
| 8/1/2019 | DAS | 0.20 | $400.00 | $80.00 | Draft client declaration |
| 8/1/2019 | DAS | 0.10 | $400.00 | $40.00 | Draft interrogatory responses |
| 8/1/2019 | DAS | 0.30 | $400.00 | $120.00 | Draft 216(b) reply |
| 8/1/2019 | DAS | 1.10 | $400.00 | $440.00 | Client meeting (Luis) re: discovery |
| 8/1/2019 | DAS | 0.10 | $400.00 | $40.00 | Edit deficiency letter |
| 8/1/2019 | DAS | 0.40 | $400.00 | $160.00 | Draft 216(b) reply |

Exhibit 2 - Plaintiffs' counsel's time records

| Date | Atty | Time | Rate | Total | Notes |
|---|---|---|---|---|---|
| 8/1/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: deficiency letter |
| 8/2/2019 | DAS | 0.10 | $400.00 | $40.00 | Prepare for client meeting |
| 8/5/2019 | DAS | 0.50 | $400.00 | $200.00 | Client meeting (Morales) re: discovery |
| 8/5/2019 | DAS | 0.40 | $400.00 | $160.00 | Edit 216(b) reply |
| 8/5/2019 | OT | 0.60 | $125.00 | $75.00 | Translated during a meeting for DAS, scanned client documents to file |
| 8/6/2019 | DAS | 0.30 | $400.00 | $120.00 | Finalize/file 216(b) reply |
| 8/6/2019 | DAS | 0.10 | $400.00 | $40.00 | Prepare for client meeting |
| 8/6/2019 | OT | 0.20 | $125.00 | $25.00 | Scanned client documents to the case file, saved hard copies in the physical file |
| 8/6/2019 | OT | 0.50 | $125.00 | $62.50 | Mailed a courtesy copy to Judge Daniels |
| 8/7/2019 | DAS | 0.60 | $400.00 | $240.00 | Client meeting re: discovery (Marlon) |
| 8/7/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: courtesy copies |
| 8/7/2019 | DAS | 0.50 | $400.00 | $200.00 | Draft discovery responses |
| 8/7/2019 | OT | 0.80 | $125.00 | $100.00 | Translated during a meeting for DAS, scanned client documents to file |
| 8/8/2019 | OT | 1.00 | $125.00 | $125.00 | Prepared a binder of courtesy copies for DAS |
| 8/15/2019 | DAS | 0.20 | $400.00 | $80.00 | Review 216(b) decision |
| 8/15/2019 | DMK | 0.20 | $450.00 | $90.00 | Review Order |
| 8/19/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: following up with clients re: documents |
| 8/19/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: discovery |
| 8/19/2019 | DMK | 0.20 | $450.00 | $90.00 | Review Order |
| 8/19/2019 | OT | 0.10 | $125.00 | $12.50 | Contacted client to confirm whether or not he had more supporting documents |
| 8/20/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss 216(b) denial with DMK |
| 8/20/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: Bates stamping |
| 8/20/2019 | DAS | 0.40 | $400.00 | $160.00 | Prepare discovery responses |
| 8/20/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail OT re: discovery |
| 8/20/2019 | OT | 0.20 | $125.00 | $25.00 | Reminded Marlon Nieto to send in some additional documents |
| 8/20/2019 | OT | 0.40 | $125.00 | $50.00 | Bates stamped some client documents for DAS |
| 8/21/2019 | DAS | 0.10 | $400.00 | $40.00 | Review client e-mails |
| 8/21/2019 | DAS | 0.20 | $400.00 | $80.00 | Review document production |
| 8/21/2019 | DAS | 0.30 | $400.00 | $120.00 | Research 216(b) objections/review deficiency letter |
| 8/21/2019 | DAS | 0.10 | $400.00 | $40.00 | Review document production |
| 8/21/2019 | DAS | 0.20 | $400.00 | $80.00 | Review 216(b) decision |
| 8/21/2019 | DAS | 0.10 | $400.00 | $40.00 | Prepare discovery responses |
| 8/21/2019 | DAS | 1.50 | $400.00 | $600.00 | Research 216(b) objections |
| 8/21/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: call re: discovery issues |
| 8/22/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail Osbert re: discovery |
| 8/22/2019 | DAS | 0.40 | $400.00 | $160.00 | Draft discovery responses |
| 8/22/2019 | DAS | 0.20 | $400.00 | $80.00 | Review deficiency letter/discovery issues |
| 8/22/2019 | DAS | 0.50 | $400.00 | $200.00 | Draft 216(b) objections |
| 8/22/2019 | OT | 0.30 | $125.00 | $37.50 | Sent some documents to opposing counsel for DAS via priority mail |
| 8/23/2019 | DAS | 1.80 | $400.00 | $720.00 | Draft 216(b) objections |

Exhibit 2 - Plaintiffs' counsel's time records

| Date | Atty | Time | Rate | Total | Notes |
|---|---|---|---|---|---|
| 8/25/2019 | DAS | 1.90 | $400.00 | $760.00 | Draft 216(b) objections |
| 8/26/2019 | DAS | 1.40 | $400.00 | $560.00 | Edit 216(b) objections |
| 8/26/2019 | DAS | 0.20 | $400.00 | $80.00 | Call with defense re: discovery |
| 8/26/2019 | DMK | 0.20 | $450.00 | $90.00 | Review 216(b) objections |
| 8/27/2019 | DAS | 1.70 | $400.00 | $680.00 | Finalize and file 216(b) objections |
| 8/27/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss courtesy copy with OT |
| 8/27/2019 | OT | 0.40 | $125.00 | $50.00 | Mailed courtesy copies to Judge Daniels |
| 9/6/2019 | DAS | 0.30 | $400.00 | $120.00 | Review discovery issues/call with defense re: same |
| 9/12/2019 | DAS | 0.10 | $400.00 | $40.00 | Review outstanding discovery issues |
| 9/12/2019 | DAS | 0.20 | $400.00 | $80.00 | Call with defense re: discovery |
| 9/13/2019 | DAS | 0.20 | $400.00 | $80.00 | Client call (Marlon) re: restaurant closing |
| 9/13/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail DMK re: restaurant closing |
| 9/13/2019 | DMK | 0.10 | $450.00 | $45.00 | Discuss restaurant closure with DAS |
| 9/13/2019 | OT | 0.30 | $125.00 | $37.50 | Translated during a client call for DAS |
| 9/19/2019 | OT | 0.40 | $125.00 | $50.00 | Scanned defense's production to file |
| 9/20/2019 | DMK | 0.20 | $450.00 | $90.00 | Discuss withdrawal of 216B motion with DAS |
| 9/23/2019 | DAS | 0.40 | $400.00 | $160.00 | Draft letter to Court withdrawing objections |
| 9/24/2019 | DAS | 0.10 | $400.00 | $40.00 | Call with defense re: settlement |
| 9/24/2019 | DAS | 0.20 | $400.00 | $80.00 | Discuss settlement with DMK |
| 9/24/2019 | DMK | 0.20 | $450.00 | $90.00 | Call w DAS |
| 9/25/2019 | DAS | 0.20 | $400.00 | $80.00 | Review damages |
| 9/25/2019 | DAS | 0.10 | $400.00 | $40.00 | Call with defense re: settlement |
| 9/25/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss settlement with DMK |
| 9/25/2019 | DAS | 0.10 | $400.00 | $40.00 | Call with defense re: settlement |
| 9/25/2019 | DAS | 0.30 | $400.00 | $120.00 | Client calls re: settlement |
| 9/25/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail defense re: settlement |
| 9/25/2019 | DMK | 0.10 | $450.00 | $45.13 | Discuss settlement demand with DAS |
| 9/25/2019 | OT | 0.70 | $125.00 | $87.50 | Translated during client calls for DAS |
| 10/2/2019 | DAS | 0.10 | $400.00 | $40.00 | Discuss settlement with DMK |
| 10/3/2019 | DAS | 0.30 | $400.00 | $120.00 | Client calls re: settlement |
| 10/3/2019 | DAS | 0.10 | $400.00 | $40.00 | Call with defense re: settlement |
| 10/3/2019 | OT | 0.50 | $125.00 | $62.50 | Translated for DAS during a client call |
| 10/10/2019 | DMK | 0.10 | $450.00 | $45.00 | Discuss settlement position with DAS |
| 10/11/2019 | DAS | 0.30 | $400.00 | $120.00 | Client calls re: settlement |
| 10/11/2019 | OT | 0.40 | $125.00 | $50.00 | Translated for DAS during calls with clients |
| 10/16/2019 | DAS | 0.20 | $400.00 | $80.00 | Call with defense re: settlement |
| 10/17/2019 | DAS | 0.20 | $400.00 | $80.00 | Calls with defense re: settlement |
| 10/17/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail Osbert re: scheduling client meeting |
| 10/18/2019 | DAS | 0.10 | $400.00 | $40.00 | E-mail Osbert re: scheduling client meeting |
| 10/18/2019 | OT | 0.30 | $125.00 | $37.50 | Reached out to clients to schedule meetings for DAS |

**Exhibit 2 - Plaintiffs' counsel's time records**

| Date | Atty | Time | Rate | Total | Notes |
|---|---|---|---|---|---|
| 10/23/2019 | DAS | 0.3 | $400.00 | $120.00 | Review damages/research settlement approval |
| 10/24/2019 | DAS | 0.4 | $400.00 | $160.00 | Client meeting re: settlement |
| 10/24/2019 | DAS | 0.3 | $400.00 | $120.00 | Prep for call with defense/call with defense re: settlement |
| 10/24/2019 | DAS | 0.1 | $400.00 | $40.00 | Call with defense re: settlement |
| 10/24/2019 | DAS | 0.1 | $400.00 | $40.00 | E-mail OT re: client meeting |
| 10/24/2019 | DAS | 0.2 | $400.00 | $80.00 | Client calls re: settlement |
| 10/24/2019 | DAS | 0.3 | $400.00 | $120.00 | Client call re: settlement/research settlement approval |
| 10/24/2019 | DAS | 0.1 | $400.00 | $40.00 | E-mail defense re: settlement |
| 10/24/2019 | DAS | 0.2 | $400.00 | $80.00 | Draft settlement agreement |
| 10/25/2019 | DAS | 1 | $400.00 | $400.00 | Draft settlement agreement/discuss same with DMK |
| 10/25/2019 | DAS | 0.5 | $400.00 | $200.00 | Draft settlement agreement |
| 10/25/2019 | DAS | 0.1 | $400.00 | $40.00 | Call with defense re: settlement |
| 10/25/2019 | DAS | 0.5 | $400.00 | $200.00 | Draft settlement approval letter |
| 10/28/2019 | DAS | 0.2 | $400.00 | $80.00 | Call with defense re: settlement |
| 10/28/2019 | DAS | 0.2 | $400.00 | $80.00 | Edit settlement agreement |
| 10/28/2019 | DAS | 0.1 | $400.00 | $40.00 | E-mail OT re: scheduling client meeting |
| 10/28/2019 | DAS | 0.5 | $400.00 | $200.00 | Draft settlement approval letter |
| 10/29/2019 | DAS | 0.1 | $400.00 | $40.00 | Edit settlement approval letter/e-mail defense |
| 10/30/2019 | DAS | 0.1 | $400.00 | $40.00 | Review defense edits to settlement approval letter |
| 10/30/2019 | DAS | 0.4 | $400.00 | $160.00 | Client meeting re: settlement |
| 10/30/2019 | DAS | 0.1 | $400.00 | $40.00 | Edit settlement approval letter/e-mail defense re: same |
| 10/30/2019 | DAS | 0.1 | $400.00 | $40.00 | Call with defense re: settlement |
| | | | Total: | $40,860.25 | |

**Summary by biller**

D. Maimon Kirschenbaum ("DMK"): 12.5 hours at $450 = $5,625.25

Denise A. Schulman ("DAS"): 73.8 hours at $400 = $29,520

Leah Seliger ("LMS"): 9.9 hours at $350 = $3,465

Paralegals ("CLE," "CT," and "OT"): 18 hours at $125 = $2,250