UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

LUIS GUANAN, MOISES MORALES, and
MARLON NIETO, *on behalf of themselves and
others similarly situated*,

        Plaintiffs,

   -against-

68TH ST. CAFE INC., *d/b/a Sole Bistro Italiano
and d/b/a Luce Restaurant and Enoteca*, DRITON
MILA, RAMAZAN MILA, and GAZMEND
HODZIC,

        Defendants.

------------------------------------x

ORDER

19 Civ. 1426 (GBD) (SDA)



GEORGE B. DANIELS, United States District Judge:

  The parties in the above-mentioned FLSA consolidated actions have reached a settlement and jointly move for an order approving the settlement. (ECF No. 34.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

  1. The settlement payment to Plaintiffs in the amount of $79,728.45 is approved;

  2. The payment of attorneys' fees and costs to Plaintiffs' attorneys in the amount of $40,271.55 is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
November 4, 2019

SO ORDERED.   NOV 04 2019

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge